No. 12M88. POLYPORE INTERNATIONAL, INC. *v.* FEDERAL TRADE COMMISSION. Motion for leave to file petition for writ of certiorari with appendix under seal with redacted copies for the public record granted.

No. 12M92. PHILLIPS *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL. Motion for leave to proceed as a veteran denied.

No. 11–1518. BULLOCK *v.* BANKCHAMPAIGN, N. A. C. A. 11th Cir. [Certiorari granted, *ante*, p. 977.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 12–62. PEUGH *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1006.] Motion of petitioner for leave to file volume II of the joint appendix under seal granted.

No. 12–71. ARIZONA ET AL. *v.* INTER TRIBAL COUNCIL OF ARIZONA, INC., ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 962.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 12–416. FEDERAL TRADE COMMISSION *v.* ACTAVIS, INC., ET AL. C. A. 11th Cir. [Certiorari granted *sub nom. Federal Trade Commission* v. *Watson Pharmaceuticals, Inc., et al., ante,* p. 1066.] Motion of the Solicitor General for leave to file volume 2 of the joint appendix under seal granted. JUSTICE ALITO took no part in the consideration or decision of this motion.

No. 12–604. MADISON COUNTY, NEW YORK, ET AL. *v.* ONEIDA INDIAN NATION OF NEW YORK ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 12–6733. IN RE DUNBAR. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1084] denied.